UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND STATE INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS INSURANCE COMPANY, a Connecticut corporation; et al.,<br><br>Defendants. | Case No. 3:08-cv-00296-LRH-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT; ORDER**<br>[LR 6-1] |

The Parties, through their undersigned counsel of record, hereby stipulate to extend the time for the Washoe County School District, a political subdivision of the State of Nevada pursuant to NRS 386.010 ("WCSD"), and the individual Defendants, hereinafter collectively referred to as the "WCSD Defendants," to file their Reply To Opposition To Cross-Motion For Summary Judgment. Specifically, the Parties stipulate and agree that the WCSD Defendants may have an additional forty-five (45) days from the date the Reply is due, October 30, 2008, to file their Reply, which would be due for filing on December 15, 2008.

AUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

-1-

This Stipulation is necessary for the Parties to finalize a settlement of the underlying action, Jaclyn Becerra v. Washoe County School District, et al., Case No. 3:07-cv-00297-BES, which has proceeded to mediation, and likely will settle within the period of the extension requested herein.

Dated this 25th day of October, 2008.

MAUPIN, COX & LeGOY

By: _____
C. Robert Cox, Esq.
Paul J. Anderson, Esq.
Debra O. Waggoner, Esq.

Attorneys for WCSD Defendants


NIELSEN, HALEY & ABBOTT LLP
and
DOYLE, BERMAN, MURDY, P.C.

By: _____
James C. Nielsen, Esq.

Attorneys for Plaintiff
Diamond State Insurance Co.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Wade M. Hansard, Esq.

Attorneys for Defendant
Genesis Insurance Company

1  This Stipulation is necessary for the Parties to finalize a settlement of the underlying action,
2  Jaclyn Becerra v. Washoe County School District, et al., Case No. 3:07-cv-00297-BES, which has
3  proceeded to mediation, and likely will settle within the period of the extension requested herein.

4  Dated this _____ day of October, 2008.

MAUPIN, COX & LeGOY

By:_____
C. Robert Cox, Esq.
Paul J. Anderson, Esq.
Debra O. Waggoner, Esq.

Attorneys for WCSD Defendants


NIELSEN, HALEY & ABBOTT LLP
and
DOYLE, BERMAN, MURDY, P.C.

By:_____
James C. Nielsen, Esq.

Attorneys for Plaintiff
Diamond State Insurance Co.

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:_____
Wade M. Hansard, Esq.

Attorneys for Defendant
Genesis Insurance Company


IT IS SO ORDERED:


_____
U.S. DISTRICT JUDGE
Date:_____

MAUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

-2-

This Stipulation is necessary for the Parties to finalize a settlement of the underlying action, Jaclyn Becerra v. Washoe County School District, et al., Case No. 3:07-cv-00297-BES, which has proceeded to mediation, and likely will settle within the period of the extension requested herein.

Dated this 28th day of October, 2008.

MAUPIN, COX & LeGOY

By:_____
C. Robert Cox, Esq.
Paul J. Anderson, Esq.
Debra O. Waggoner, Esq.

Attorneys for WCSD Defendants


NIELSEN, HALEY & ABBOTT LLP
and
DOYLE, BERMAN, MURDY, P.C.

By: /s/ James C. Nielsen
James C. Nielsen, Esq.

Attorneys for Plaintiff
Diamond State Insurance Co.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Wade M. Hansard, Esq.

Attorneys for Defendant
Genesis Insurance Company


IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: October 30, 2008