AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

DIAMOND STATE INSURANCE
COMPANY, an Indiana corporation,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00296-LRH-GWF**

GENESIS INSURANCE COMPANY, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that, THE COURT, having considered the motion of plaintiff Diamond State Insurance Company to dismiss this action without prejudice under Fed.R.Civ.P. 41(a)(2) following execution of a settlement agreement by all parties calling for dismissal of this action, and upon consideration of any opposition to the motion, HEREBY GRANTS Diamond State's motion and ORDERS that this action is dismissed without prejudice under Fed.R.Civ.P. 41(a)(2), each party to bear its own costs.

  February 5, 2009                              **LANCE S. WILSON**
                                                              Clerk

                                              /s/ Kalani Lizares
                                                Deputy Clerk